UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SCHAFER, CRAIG ALAN § Case No. 09-01409
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-01409　CAD　Judge: CAROL A. DOYLE | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHAFER, CRAIG ALAN | Date Filed (f) or Converted (c): | 01/19/09 (f) |
| | | 341(a) Meeting Date: | 02/26/09 |
| For Period Ending: 08/10/12 | | Claims Bar Date: | 08/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1018 C BELLWOOD AVE., BELLWOOD, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. 1032 F BELLWOOD AVE., BELLWOOD, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. 106 MULLINGAR CT. #2 B, SCHAUMBURG, IL 60193 | 110,000.00 | 2,745.00 | | 2,745.00 | FA |
| 4. 11 A DUNDEE QUARTER #305, PALATINE, IL 60074 | 100,000.00 | 5,377.00 | | 5,377.00 | FA |
| 5. 208 S. 4 TH AVE., MAYWOOD, IL | 70,000.00 | 4,000.00 | | 4,000.00 | FA |
| 6. 242 MARSHALL AVE., BELLWOOD, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 7. 3417 MADISON AVE., BELLWOOD, IL | 180,000.00 | 0.00 | | 0.00 | FA |
| 8. 424 48 TH AVE., BELLWOOD, IL | 120,000.00 | 0.00 | | 0.00 | FA |
| 9. 431 46 TH AVE., BELLWOOD, IL | 125,000.00 | 0.00 | | 0.00 | FA |
| 10. 4565 BURNHAM, HOFFMAN ESTATES, IL 60192 | 230,000.00 | 762.00 | | 762.00 | FA |
| 11. NOMINAL | 100.00 | 0.00 | | 0.00 | FA |
| 12. 08/09/12 | 8,589.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING WITH CHASE BUSINESS AND PERSONAL ACCT # X | 19,050.00 | 13,050.95 | | 13,050.95 | FA |
| 14. UBS (CG 11964) | 3,010.00 | 0.00 | | 0.00 | FA |
| 15. MISC FURNITURE, FURNISHINGS AND ELELCTRONICS FOR A | 500.00 | 0.00 | | 0.00 | FA |
| 16. MISC PRINTS BY DALI; I HAVE NOT TRIED TO SELL THE | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. SEVERAL PRINTS, A WATCH AND CHEAP JEWLERY HAVE BEE | 2,100.00 | 1,358.80 | | 1,358.80 | FA |
| 18. MISCELLANEOUS CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 19. UBS IRA | 63,000.00 | 0.00 | | 0.00 | FA |
| 20. I MAY HAVE ONE MORE DEAL IN THE PIPELINE OF MORTGA | 1.00 | 0.00 | | 0.00 | FA |
| 21. KERICE WILLIS AT 242 MARSHALL, BELLWOOD, IL | 400.00 | 0.00 | | 0.00 | FA |
| 22. 2001 AUDI A6 | 5,000.00 | 0.00 | | 0.00 | FA |
| 23. COMPUTER, PRINTER, DESK | 400.00 | 0.00 | | 0.00 | FA |
| 24. Post-Petition Interest Deposits (u) | Unknown | N/A | | 15.86 | Unknown |

TOTALS (Excluding Unknown Values)　　$1,369,350.00　　$27,293.75　　$27,309.61

Value of Remaining Assets　　$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 07/31/10　　Current Projected Date of Final Report (TFR): 08/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-01409 -CAD | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCHAFER, CRAIG ALAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5304 BofA - Money Market Account |
| Taxpayer ID No: | *******6225 | | | |
| For Period Ending: | 08/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/09 | 13 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192 | Checking account balance | 1129-000 | 13,050.95 | | 13,050.95 |
| 02/18/09 | 3, 4, 17 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192 | Rent and Per. Prop. Sale Proceeds<br>One check totalling 2685.11 for Palatine Rent ($956.00), Schaumburg Rent ($954) and proceeds from sale of watch and portrait at Midwest Estate Buyers ($775.11) | 1122-000 | 2,685.11 | | 15,736.06 |
| 02/27/09 | 17 | Midwest Estate Buyers, Inc.<br>3681 Commercial Ave.<br>Northbrook, IL 60062 | Personal Properties Sale | 1129-000 | 583.69 | | 16,319.75 |
| 02/27/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6487 | RENT | 1122-000 | 791.00 | | 17,110.75 |
| 02/27/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 17,110.77 |
| 03/23/09 | 3, 4 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192 | RENT | 1122-000 | 762.00 | | 17,872.77 |
| 03/23/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527 | RENT | 1122-000 | 791.00 | | 18,663.77 |
| 03/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,663.92 |
| 04/24/09 | 4 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192-3802 | RENT | 1122-000 | 762.00 | | 19,425.92 |
| 04/24/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | RENT | 1122-000 | 791.00 | | 20,216.92 |
| 04/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 20,217.33 |
| 05/11/09 | 3, 4 | Craig A. Schafer<br>4565 Burnham Dr.<br>Hoffman Estates, IL 60192-3802 | RENT | 1122-000 | 762.00 | | 20,979.33 |
| * 05/11/09 | | Craig A. Schafer<br>4565 Burnham Dr.<br>Hoffman Estates, IL 60192-3802 | | 1122-003 | 762.00 | | 21,741.33 |
| * 05/11/09 | | Craig A. Schafer<br>4565 Burnham Dr.<br>Hoffman Estates, IL 60192-3802 | VOID | 1122-003 | -762.00 | | 20,979.33 |
| 05/29/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,979.85 |
| 06/02/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | RENT | 1122-000 | 791.00 | | 21,770.85 |
| 06/10/09 | 3, 4 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192-3802 | RENT | 1122-000 | 762.00 | | 22,532.85 |
| 06/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 22,533.40 |
| 07/24/09 | 10 | Craig A. Schafer | Rent and Personal Property Sale Pro | 1222-000 | 762.00 | | 23,295.40 |

Case 09-01409    Doc 101    Filed 08/29/12    Entered 08/29/12 11:27:58    Desc Main
Document      Page 5 of 10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-01409 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHAFER, CRAIG ALAN | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******5304  BofA - Money Market Account |
| Taxpayer ID No: | *******6225 |  |  |
| For Period Ending: | 08/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4565 Burnham Drive | ceeds | | | | |
| | | Hoffman Estates, IL 60192-3802 | | | | | |
| 07/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 23,295.98 |
| 08/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,296.57 |
| 09/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 23,297.14 |
| 10/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 23,297.72 |
| 11/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 23,298.30 |
| 12/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,298.89 |
| 01/29/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,299.48 |
| 02/04/10 | 000301 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 18.95 | 23,280.53 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 23,281.07 |
| 03/02/10 | 5 | Premier Title | Sale of Maywood Interest | 1110-000 | 4,000.00 | | 27,281.07 |
| | | Escrow/Disbursement Account | Sale of 208 S. 4th Avenue / Maywood | | | | |
| | | 1350 West Northwest Highway | | | | | |
| | | Arlington Heights, IL 60004 | | | | | |
| 03/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,281.76 |
| 04/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.67 | | 27,282.43 |
| 05/28/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,283.12 |
| 06/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.68 | | 27,283.80 |
| 07/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,284.49 |
| 08/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,285.19 |
| 09/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.67 | | 27,285.86 |
| 10/29/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,286.55 |
| 11/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.68 | | 27,287.23 |
| 12/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,287.93 |
| 01/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,288.63 |
| 02/07/11 | 000302 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 21.84 | 27,266.79 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 27,267.00 |
| 03/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,267.23 |
| 04/29/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,267.45 |
| 05/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 27,267.69 |
| 06/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,267.91 |
| 07/29/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,268.14 |
| 08/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 27,268.38 |
| 09/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,268.60 |
| 10/31/11 | 24 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 27,268.82 |
| 10/31/11 | | Transfer to Acct #*******5684 | Final Posting Transfer | 9999-000 | | 27,268.82 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
PFORM24                                                                 Ver: 16.06d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 09-01409 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHAFER, CRAIG ALAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5684  BofA - Checking Account |
| Taxpayer ID No: | *******6225 | | |
| For Period Ending: | 08/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5304 | Transfer In From MMA Account | 9999-000 | 27,268.82 | | 27,268.82 |
| 02/29/12 | 003001 | International Sureties, Ltd. | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 21.84 | 27,246.98 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

**Total Of All Accounts   27,246.98**

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 13, 2012 |

Case Number:  09-01409  
Debtor Name:  SCHAFER, CRAIG ALAN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003 001 2700-00 | Clerk - United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $250.00 | $0.00 | $250.00 |
| 000003 001 3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $12,035.50 | $0.00 | $12,035.50 |
| 000004 001 3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $177.04 | $0.00 | $177.04 |
| BOND 999 2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $62.63 | $62.63 | $0.00 |
| 000001 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $14,187.06 | $0.00 | $14,187.06 |
| 000002 070 7100-00 | Lakewood Condominium Association<br>c/o Kovitz Shifrin Nesbit<br>750 West Lake Cook Rd.<br>Suite 350<br>Buffalo Grove, IL 60089 | Unsecured | | $4,455.56 | $0.00 | $4,455.56 |
| | Case Totals: | | | $31,167.79 | $62.63 | $31,105.16 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-01409
Case Name: SCHAFER, CRAIG ALAN
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

   Balance on hand                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Charges: Clerk - United States Bankruptcy Court | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses   $_____
   Remaining Balance               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000002 | Lakewood Condominium Association | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE