UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SCHAFER, CRAIG ALAN | § | Case No. 09-01409 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bellwood Condo Association P.O. Box 95105 Palatine IL 60095 | | | | | |
| | Chase P.O. Box 9001871 Louisville, KY  40290-1871 | | | | | |
| | Chase P.O. Box 9001871 Louisville, KY  40290-1871 | | | | | |
| | Harris Bank P.O. Box 6290 Carol Stream, IL  60197-6290 | | | | | |
| | Harris Bank P.O. Box 6290 Carol Stream, IL  60197-6290 | | | | | |
| | Harris Bank P.O. Box 6290 Carol Stream, IL  60197-6290 | | | | | |
| | Lakewood Condo Assoc. P.O. Box 71889 Chicago, IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Mortgage P.O. Box 53510 Atlanta, GA 30353-3510 | | | | | |
| | National City Mortgage P.O. Box 53510 Atlanta, GA 30353-3510 | | | | | |
| | Taylor, Bean Whittaker 1417 N. Magnolia Ave. Ocala, FL 34475 | | | | | |
| | Vanguard Community Management 50 E. Commerce Suite 110 Schaumburg IL 60173 | | | | | |
| | Washington Mutual P.O. Box 9001123 Louisville, KY 40290 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK - UNITED STATES BANKRUPTCY CO | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Battle Creek Health Systems 1820 44th St. SE Grand Rapids MI 49508 | | | | | |
| | Best Buy Retail Services P.O. Box 17298 Baltimore, MD 21297 | | | | | |
| | Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Discover Card P.O. Box 30395 Salt Lake City, UT 84130-0395 | | | | | |
| | Juanita Atterbury 431 46th Ave. Bellwood IL 60104 | | | | | |
| | Oaklawn Hospital 200 N. Madison Marshall MI 49068 | | | | | |
| | Rafat Sultan 1814 N. 21st Ave. Melrose Park, IL 60160 | | | | | |
| | Village of Schaumburg 101 Schaumburg Ct. Schaumburg IL 60193 | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | LAKEWOOD CONDOMINIUM ASSOCIATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No:       09-01409    CAD   Judge: CAROL A. DOYLE
Case Name:   SCHAFER, CRAIG ALAN

Trustee Name:   R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c):   01/19/09 (f)
341(a) Meeting Date:   02/26/09
Claims Bar Date:   08/31/09

For Period Ending: 11/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1018 C BELLWOOD AVE., BELLWOOD, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. 1032 F BELLWOOD AVE., BELLWOOD, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. 106 MULLINGAR CT. #2 B, SCHAUMBURG, IL 60193 | 110,000.00 | 2,745.00 | | 2,745.00 | FA |
| 4. 11 A DUNDEE QUARTER #305, PALATINE, IL 60074 | 100,000.00 | 5,377.00 | | 5,377.00 | FA |
| 5. 208 S. 4 TH AVE., MAYWOOD, IL | 70,000.00 | 4,000.00 | | 4,000.00 | FA |
| 6. 242 MARSHALL AVE., BELLWOOD, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 7. 3417 MADISON AVE., BELLWOOD, IL | 180,000.00 | 0.00 | | 0.00 | FA |
| 8. 424 48 TH AVE., BELLWOOD, IL | 120,000.00 | 0.00 | | 0.00 | FA |
| 9. 431 46 TH AVE., BELLWOOD, IL | 125,000.00 | 0.00 | | 0.00 | FA |
| 10. 4565 BURNHAM, HOFFMAN ESTATES, IL 60192 | 230,000.00 | 762.00 | | 762.00 | FA |
| 11. NOMINAL | 100.00 | 0.00 | | 0.00 | FA |
| 12. 08/09/12 | 8,589.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING WITH CHASE BUSINESS AND PERSONAL ACCT # X | 19,050.00 | 13,050.95 | | 13,050.95 | FA |
| 14. UBS (CG 11964) | 3,010.00 | 0.00 | | 0.00 | FA |
| 15. MISC FURNITURE, FURNISHINGS AND ELELCTRONICS FOR A | 500.00 | 0.00 | | 0.00 | FA |
| 16. MISC PRINTS BY DALI; I HAVE NOT TRIED TO SELL THE | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. SEVERAL PRINTS, A WATCH AND CHEAP JEWLERY HAVE BEE | 2,100.00 | 1,358.80 | | 1,358.80 | FA |
| 18. MISCELLANEOUS CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 19. UBS IRA | 63,000.00 | 0.00 | | 0.00 | FA |
| 20. I MAY HAVE ONE MORE DEAL IN THE PIPELINE OF MORTGA | 1.00 | 0.00 | | 0.00 | FA |
| 21. KERICE WILLIS AT 242 MARSHALL, BELLWOOD, IL | 400.00 | 0.00 | | 0.00 | FA |
| 22. 2001 AUDI A6 | 5,000.00 | 0.00 | | 0.00 | FA |
| 23. COMPUTER, PRINTER, DESK | 400.00 | 0.00 | | 0.00 | FA |
| 24. Post-Petition Interest Deposits (u) | Unknown | N/A | | 15.86 | Unknown |

TOTALS (Excluding Unknown Values)     $1,369,350.00     $27,293.75     $27,309.61

Value of Remaining Assets     $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 07/31/10       Current Projected Date of Final Report (TFR): 08/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-01409 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHAFER, CRAIG ALAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9693 Checking Account |
| Taxpayer ID No: | *******6225 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 27,246.98 | | 27,246.98 |
| 09/28/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 3,480.96 | 23,766.02 |
| 09/28/12 | 030002 | Clerk - United States Bankruptcy Court 219 S. Dearborn Street Chicago, IL 60604 | Claim 000003, Payment 100.00000% | 2700-000 | | 250.00 | 23,516.02 |
| 09/28/12 | 030003 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000003, Payment 100.00000% | 3110-000 | | 12,035.50 | 11,480.52 |
| 09/28/12 | 030004 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000004, Payment 100.00000% | 3120-000 | | 177.04 | 11,303.48 |
| 09/28/12 | 030005 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Claim 000001, Payment 60.63244% | 7100-000 | | 8,601.96 | 2,701.52 |
| 09/28/12 | 030006 | Lakewood Condominium Association c/o Kovitz Shifrin Nesbit 750 West Lake Cook Rd. Suite 350 Buffalo Grove, IL 60089 | Claim 000002, Payment 60.63256% | 7100-000 | | 2,701.52 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-01409 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHAFER, CRAIG ALAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5304  BofA - Money Market Account |
| Taxpayer ID No: | *******6225 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/09 | 13 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192 | Checking account balance | 1129-000 | 13,050.95 | | 13,050.95 |
| 02/18/09 | 3, 4, 17 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192 | Rent and Per. Prop. Sale Proceeds<br>One check totalling 2685.11 for Palatine Rent ($956.00), Schaumburg Rent ($954) and proceeds from sale of watch and portrait at Midwest Estate Buyers ($775.11) | 1122-000 | 2,685.11 | | 15,736.06 |
| 02/27/09 | 17 | Midwest Estate Buyers, Inc.<br>3681 Commercial Ave.<br>Northbrook, IL 60062 | Personal Properties Sale | 1129-000 | 583.69 | | 16,319.75 |
| 02/27/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6487 | RENT | 1122-000 | 791.00 | | 17,110.75 |
| 02/27/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 17,110.77 |
| 03/23/09 | 3, 4 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192 | RENT | 1122-000 | 762.00 | | 17,872.77 |
| 03/23/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527 | RENT | 1122-000 | 791.00 | | 18,663.77 |
| 03/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,663.92 |
| 04/24/09 | 4 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192-3802 | RENT | 1122-000 | 762.00 | | 19,425.92 |
| 04/24/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | RENT | 1122-000 | 791.00 | | 20,216.92 |
| 04/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 20,217.33 |
| 05/11/09 | 3, 4 | Craig A. Schafer<br>4565 Burnham Dr.<br>Hoffman Estates, IL 60192-3802 | RENT | 1122-000 | 762.00 | | 20,979.33 |
| * 05/11/09 | | Craig A. Schafer<br>4565 Burnham Dr.<br>Hoffman Estates, IL 60192-3802 | | 1122-003 | 762.00 | | 21,741.33 |
| * 05/11/09 | | Craig A. Schafer<br>4565 Burnham Dr.<br>Hoffman Estates, IL 60192-3802 | VOID | 1122-003 | -762.00 | | 20,979.33 |
| 05/29/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,979.85 |
| 06/02/09 | 4 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | RENT | 1122-000 | 791.00 | | 21,770.85 |
| 06/10/09 | 3, 4 | Craig A. Schafer<br>4565 Burnham Drive<br>Hoffman Estates, IL 60192-3802 | RENT | 1122-000 | 762.00 | | 22,532.85 |
| 06/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 22,533.40 |
| 07/24/09 | 10 | Craig A. Schafer | Rent and Personal Property Sale Pro | 1222-000 | 762.00 | | 23,295.40 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 09-01409 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SCHAFER, CRAIG ALAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5304  BofA - Money Market Account |
| Taxpayer ID No: | *******6225 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4565 Burnham Drive | ceeds | | | | |
| | | Hoffman Estates, IL 60192-3802 | | | | | |
| 07/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 23,295.98 |
| 08/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,296.57 |
| 09/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 23,297.14 |
| 10/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 23,297.72 |
| 11/30/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 23,298.30 |
| 12/31/09 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,298.89 |
| 01/29/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.59 | | 23,299.48 |
| 02/04/10 | 000301 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 18.95 | 23,280.53 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 23,281.07 |
| 03/02/10 | 5 | Premier Title | Sale of Maywood Interest | 1110-000 | 4,000.00 | | 27,281.07 |
| | | Escrow/Disbursement Account | Sale of 208 S. 4th Avenue / Maywood | | | | |
| | | 1350 West Northwest Highway | | | | | |
| | | Arlington Heights, IL 60004 | | | | | |
| 03/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,281.76 |
| 04/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.67 | | 27,282.43 |
| 05/28/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,283.12 |
| 06/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.68 | | 27,283.80 |
| 07/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,284.49 |
| 08/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,285.19 |
| 09/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.67 | | 27,285.86 |
| 10/29/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 27,286.55 |
| 11/30/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.68 | | 27,287.23 |
| 12/31/10 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,287.93 |
| 01/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 27,288.63 |
| 02/07/11 | 000302 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 21.84 | 27,266.79 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 27,267.00 |
| 03/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,267.23 |
| 04/29/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,267.45 |
| 05/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 27,267.69 |
| 06/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,267.91 |
| 07/29/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,268.14 |
| 08/31/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 27,268.38 |
| 09/30/11 | 24 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,268.60 |
| 10/31/11 | 24 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 27,268.82 |
| 10/31/11 | | Transfer to Acct #*******5684 | Final Posting Transfer | 9999-000 | | 27,268.82 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-01409 -CAD | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SCHAFER, CRAIG ALAN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5684  BofA - Checking Account |
| Taxpayer ID No: | *******6225 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5304 | Transfer In From MMA Account | 9999-000 | 27,268.82 | | 27,268.82 |
| 02/29/12 | 003001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 21.84 | 27,246.98 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 27,246.98 | 0.00 |

**Total Of All Accounts**   **0.00**